# United States Court of Appeals
## For the First Circuit

No. 09-1600

CARMEN J. ROMAN,

Plaintiff, Appellant,

v.

JOHN E. POTTER, United States Postmaster General,
UNITED STATES POSTAL SERVICE,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on May 5, 2010, is amended as follows:

On the cover page, substitute "Delgado-Colón" for "Delgado-Colon".